IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ARLEN K. LESLEY,

    Plaintiff,

v.                                            CASE NO. 4:05-cv-00343-MP-WCS

MONICA DAVID,

    Defendant.

_____/

**O R D E R**

        This matter is before the Court on Doc. 6, Report and Recommendations of the Magistrate Judge, recommending that Doc. 1, Plaintiff's Complaint under 42 U.S.C. § 1983, be dismissed for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2). The Magistrate Judge filed the Report and Recommendation on Tuesday, November 15, 2005. The parties were furnished a copy of the Report and Recommendation and were afforded an opportunity to file objections. Defendant has filed objections to the Report and Recommendation, Doc. 7. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made.

        After reviewing the Magistrate's report and all objections thereto timely filed, I have determined that the Report and Recommendations should be adopted. As the Magistrate correctly points out, Plaintiff has failed to bring his action within the four year statute of limitations governing his claim. Plaintiff asserts that the statute of limitations period should not yet have run. However, by June 11, 1999, Plaintiff was made aware that the parole examiner intended to use his previous firearms conviction as grounds for pushing back Plaintiff's parole date. Doc. 1. This date, in which Plaintiff first learned of the alleged civil rights violation, is the

date from which the statute of limitations period on Plaintiff's claim should begin to run.  See

Lovett v. Ray, 327 F.3d 1181 (11th Cir. 2003); Brown v. Georgia Board of Pardons & Paroles,

335 F.3d 1259, 1261 (11th Cir. 2003).  Using this date, the limitations period expired in July,

2003.  Plaintiff filed this complaint on September 20, 2005.  Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    Petitioner's complaint under 42 U.S.C. § 1983, Doc. 1, is dismissed as untimely pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

    **DONE AND ORDERED** this   *23rd* day of December, 2005

                *s/Maurice M. Paul*
              Maurice M. Paul, Senior District Judge